# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VICTOR LE, on Behalf of Himself and All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION and KOHL'S DEPARTMENT STORES, INC.,<br><br>                          Defendants. | Case No. 2:15-cv-01171-JPS<br><br>Judge:       Hon. J.P. Stadtmueller<br>Courtroom:  471 |

## PARTIES' JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Victor Le ("Plaintiff") and Defendants Kohl's Corporation and Kohl's Department Stores, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby jointly stipulate to dismiss without prejudice all claims asserted in the above-captioned action against Defendants. All parties who have appeared in this action consent to this dismissal.

Respectfully submitted this 1st day of April, 2016.

Dated: April 1, 2016

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

Erin Green Comite
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
ecomite@scott-scott.com

1

Joseph Pettigrew (to be admitted)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jpettigrew@scott-scott.com

Jordan C. Loeb
**CULLEN WESTON PINES & BACH LLP**
122 West Washington Ave., Ste. 900
Madison, WI 53703
Telephone: 608-251-0101
Facsimile: 608-251-2883
loeb@cwpb.com

E. Kirk Wood (to be admitted)
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908-4906
Facsimile: 866-747-3905
ekirkwood1@bellsouth.net

*Counsel for Plaintiff Victor Le and the Proposed Class*

Dated: April 1, 2016

/s/ *James F. Speyer*
James F. Speyer
Alex Beroukhim
**ARNOLD & PORTER LLP**
777 S Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
james.speyer@aporter.com
alex.beroukhim@aporter.com

John L. Kirtley
**GODFREY & KAHN SC**
780 N Water Street
Milwaukee, WI 53202-3590
Telephone: 414-273-3500
Facsimile: 414-273-5198
jkirtley@gklaw.com

*Counsel for Defendants Kohl's Corporation and Kohl's Department Stores, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2016.

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

3
Case 2:15-cv-01171-JPS   Filed 04/01/16   Page 3 of 3   Document 41