UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

VICTOR LE,

                Plaintiff,

v.

KOHL'S CORPORATION and
KOHL'S DEPARTMENT STORES INC.,

                Defendants.

Case No. 15-CV-1171-JPS

ORDER

---

On April 1, 2016, the parties in this matter jointly filed a Stipulation of Dismissal. (Docket #41). The parties seek dismissal without prejudice. (Docket #41). The Court will adopt the parties' stipulation (Docket #41) under Federal Rule of Civil Procedure 41(a) and accordingly dismiss this case without prejudice. In addition, the Court will deny the defendants' motion to stay this case as it is moot. Accordingly,

IT IS ORDERED that the Stipulation of Dismissal filed by the parties (Docket #41) be and the same is hereby ADOPTED; this matter be and the same is hereby DISMISSED without prejudice; and

IT IS FURTHER ORDERED that the defendants' motion to stay be and the same is hereby DENIED as moot.

Dated at Milwaukee, Wisconsin, this 8th day of April, 2016.

BY THE COURT:

_[signature]_
J.P. Stadtmueller
U.S. District Judge